IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| DEREK ANTHONY PALMER | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:15cv1 |
| BRIAN DORAN | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore directly assigned to United States Magistrate Judge John D. Love. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (doc. #6) is **ADOPTED**. It is further

**ORDERED** that the motion to dismiss (doc. #5) is **GRANTED**. It is further

**ORDERED** that the complaint is **DISMISSED** without prejudice. Fed. R. Civ. P. 41(a)(1). All motions not previously ruled on are **DENIED**.

**It is SO ORDERED.**

**SIGNED this 21st day of July, 2015.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE